**No. 40246.**—Protests 964435–G, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by TILSON, J. On the records presented and following the authorities cited in Abstract 15400 the court dismissed the protests.